UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM L. GILL,

    Plaintiff,

v

PONTIAC POLICE OFFICERS LOCRICCHIO (#204) and MAIN (#310),

    Defendants.

Case No. 04-70164

Hon. Paul D. Borman
United States District Judge

_____/

Daniel G. Romano (P49117)
Attorney for Plaintiff
1000 Town Center, Suite 500
Southfield, MI 48075
(248) 354-2222

Eric S. Goldstein (P45842)
W. James Fitzgibbons (P43520)
Mary Jo Boerman (P56086)
Attorney for Defendants
1301 West Long Lake Road, Suite 250
Troy, MI  48098
(248) 641-1800
_____/

## ORDER STAYING PROCEEDINGS PENDING APPEAL

    At a session of said court held on the date set forth below.

    Present:  Hon. Paul D. Borman
    District Court Judge

    Consistent with the stipulation set forth below, and pursuant to FRAP 8(a),

    IT IS ORDERED that all proceedings in the above action be and are hereby stayed pending completion of appellate review.

2

IT IS FURTHER ORDERED that Appellant be and is hereby excused from any requirement to file and serve a stay bond.

s/Paul D. Borman

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 18, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 18, 2006.

s/Denise Goodine

Case Manager

I stipulate to entry of the above order.

s/with consent of                                  s/Mary Jo Boerman
Daniel G. Romano (P49117)                Mary Jo Boerman (P56086)
Attorney for Plaintiff                            Attorney for Defendants


Date:  7/17/06                                         Date:  7/17/06

2