UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM GILL,

   Plaintiff,

  v.

PONTIAC POLICE OFFICERS
LOCRICCHIO AND MAIN,

   Defendants.
_____/

CIVIL ACTION NO. 04-70164

HON. PAUL D. BORMAN

## ORDER OF REMOVAL OF ACTION AS A PENDING MATTER

This court, having entered an Order Staying proceedings until the Sixth Circuit Court of Appeals has ruled on the pending appeal, and there appearing to be no further reason at this time to maintain the file as an open case for statistical purposes;

**IT IS ORDERED** that the Clerk submit a JS-6 form to the Administrative Office to close this matter for statistical purposes. Nothing contained in this Order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon termination of the appeal in the same manner as if this Order had not been entered, and the Court will order that the matter be reopened for statistical purposes.

**IT IS SO ORDERED.**

                        s/Paul D. Borman
                        PAUL D. BORMAN
                        UNITED STATES DISTRICT JUDGE

Dated: July 21, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 21, 2006.

                                          s/Denise Goodine

                                          Case Manager