UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM GILL,

    Plaintiff (s),

                                         CIVIL ACTION NO. 04-70164

v.

                                         HON. PAUL D. BORMAN

PONTIAC POLICE OFFICERS et al.,

    Defendant(s).
_____/

## **ORDER OF REMOVAL OF ACTION AS A PENDING MATTER**

    The plaintiff is presently incarcerated and after a period of time has been unable to obtain an attorney, therefore, the Court can find no further reason at this time to maintain the file as an open case;

    IT IS ORDERED that the Clerk submit a JS-6 form to the Administrative Office to close this matter for statistical purposes. Nothing contained in this Order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon the filing of a motion and the Court will order that the matter be reopened for statistical purposes.

    The Court will re-open the matter once plaintiff is release from prison and notifies this Court of his new address.

    SO ORDERED.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: July 9, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 9, 2008.

                                                s/Denise Goodine
                                                Case Manager